IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY LEE HAMPTON**                                                                    **PLAINTIFF**

VS.                                   **CASE NO. 1:10CV00106 SWW/ HDY**

**MICHAEL ASTRUE, Commissioner,**
    **Social Security Administration**                                                  **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 11) is granted, and the plaintiff is directed to submit his brief on or before May 16, 2011. The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this 15 day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE