IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY LEE HAMPTON**                                              **PLAINTIFF**

**V.**                          **NO. 1:10CV00106 SWW**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                 **DEFENDANT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 16th day of August, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE