IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY LEE HAMPTON**                                                    **PLAINTIFF**

**V.**                              **NO. 1:10CV00106 SWW**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                        **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 16th day of August, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE