**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TOMMY LEE HAMPTON                                                                                    PLAINTIFF

v.                                        NO. 1:10CV00106 SWW

MICHAEL J. ASTRUE, Commissioner                                                              DEFENDANT
of the Social Security Administration

**ORDER**

On September 13, 2011, Plaintiff Tommy Lee Hampton ("Hampton") filed a motion for an award of attorney's fees under the provisions of the Equal Access to Justice Act. In the motion, he requests fees and expenses totaling $3,570.45. The Commissioner of the Social Security Administration filed a response to the motion in which he states that he has no objection to the amount of fees or expenses requested by Hampton.

The Court has reviewed Hampton's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion (docket no. 19) is granted, and fees and expenses totaling $3,570.45 are awarded to Hampton. Because the award belongs to Hampton, and not her attorney, *see Astrue v. Ratliff*, ___ U.S. ___, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue payment of this award by check made payable to Hampton, in care of her attorney, Eric L. Worsham ("Worsham"), and shall mail the check to Worsham at his Pine Bluff, Arkansas, address.

IT IS SO ORDERED this 11th day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE